IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALEXANDER BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-cv-635-TMH |
| | ) | [wo] |
| DR. CURLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

On October 7, 2013, the Magistrate Judge filed a Recommendation in this case dismissing this case without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case. (Doc. 21). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for failure to pay the full filing fee upon the initiation of this case. (Doc. 21).

Done this the 4th day of December 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE